AUSA  Susan Fairchild (313)226-9577
Special Agent  Emma Preston (313) 878-5281

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America

v.

Miguel Angel PEREA MENDEZ a/k/a
Jorge ANDRADE-GONZALEZ;
Jairo HERNANDEZ-SANCHEZ;
Felipe Rodolfo ROSALES-GARCIA.

Case No.   Case: 2:26-mj-30025
Judge: Unassigned,
Filed: 01-13-2026 At 05:15 PM
cmp usa v. perea mendez (da)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 12, 2026 _____ in the county of _____ St. Clair _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a), (b)(1) | Unlawful Re-Entry Following Removal from the United States, Prior Felony Conviction |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Emma L. Preston CBPO(E)
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ January 13, 2026 _____

_____
Judge's signature

City and state:  Detroit, MI

Elizabeth A. Stafford, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Emma L. Preston, being duly sworn, depose and state:

1. I am employed by the United States Department of Homeland Security, U.S. Customs and Border Protection (CBP), as a Customs and Border Protection Enforcement Officer at the Blue Water Bridge in Port Huron, Michigan. I have been employed with CBP for 23 years. I have participated in numerous administrative and criminal cases involving illegal aliens. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, criminal analysts, and witnesses.

2. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all my knowledge about this matter. I have also reviewed material from the official immigration file and system automated data relating to Miguel Angel PEREA MENDEZ, which attests to the following:

3. Miguel Angel PEREA MENDEZ is a fifty-two-old male, native and citizen of Mexico, who claims to have last entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4. PEREA MENDEZ was encountered on or about August 26, 1998, by U.S Immigration and Naturalization (INS) Officers at the San Ysidro port-of-entry in San Diego, California.  PEREA MENDEZ was processed and issued an Expedited Removal (ER).  PEREA MENDEZ was removed from the United States on August 27, 1998, and returned to Mexico.

5. PEREA MENDEZ was arrested on or about November 04, 2000, by the Hart Police Department in Hart, Michigan and convicted of operating while intoxicated and sentenced to a $810 fine or 30 days.

6. PEREA MENDEZ was arrested on or about November 24, 2010, by the Hart Police Department in Hart, Michigan for Liquor Excluding traffic, Traffic Offense and Fraudulent activities, the charges were not prosecuted.

7. PEREA MENDEZ was encountered on or about December 03, 2010, at the Oceana County Jail in Hart, MI by Enforcement Removal Operations Criminal

Alien Program (ERO CAP) after he was arrested for operating while intoxicated.  The defendant was processed and issued a Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

8.  On February 10, 2011, PEREA MENDEZ  was convicted in the United States District Court for the Western District of Michigan, of Title 8 U.S.C. §1326(a) Reentry of a Removed Alien and was sentenced to time served and a $100 fine.  PEREA MENDEZ was removed from the United States on or about February 15, 2011, and returned to Mexico.

9.  PEREA MENDEZ was encountered on or about November 19, 2013, by U.S. Border Patrol in Ajo, Arizona and issued a Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

10. On or about December 5, 2013, PEREA MENDEZ was convicted of Title 21 U.S.C. §844(a)-Simple Possession of a Scheduled I Controlled Substance in the United District Court for District of Arizona. He was sentenced to 210 days with credit for time served.  PEREA MENDEZ was removed from the United States on or about June 21, 2014, and returned to Mexico.

11. PEREA MENDEZ was encountered on or about June 12, 2023, by U.S. Border Patrol in Santa Teresa, New Mexico and issued a Form I-871, Notice of Intent/Decision to Reinstate Prior Order.  PEREA MENDEZ was removed from the United States on or about June 12, 2023, and returned to Mexico.

12. On January 12, 2026, PEREA MENDEZ was encountered at the Blue Water Bridge in Port Huron, after being denied admission into Canada by Canada Border Services Agency (CBSA).  PEREA MENDEZ was sent back to the United States.  PEREA MENDEZ presented his Mexican Passport during primary inspection which did not contain a U.S. Visa. He was referred into the secondary inspection area for further inspection.

13. On January 12, 2026, PEREA MENDEZ was processed and issued a Form I-871, Notice of Intent/Decision to Reinstate Prior Order by U.S. Customs and Border Protection.

14. PEREA MENDEZ was fingerprinted through law enforcement databases and found to have an FBI record, various aliases, and an Alien Number from previous encounters detailed below.

15. PEREA MENDEZ is also known to use various aliases and dates of birth including:

- ANDRADE-GONZALEZ, Jorge DOB: June XX, 1976
- HERNANDEZ-SANCHEZ, Jairo DOB: June XX, 1974
- PEREA-MENDEZ, Miguel Angel DOB: June XX, 1976
- ROSALES-GARCIA, Felipe Rodolfo DOB: June XX, 1976
- PEREA-MENDEZ, Miguel Angel DOB: June XX, 1976

16. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

17. Review of records from the alien file assigned to PEREA MENDEZ and queries in the U.S. Department of Homeland Security databases confirm that no record exists of PEREA MENDEZ obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on or about June 12, 2023.

18. PEREA MENDEZ's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS).  The results revealed that PEREA MENDEZ is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States.  The record checks did not provide any evidence that PEREA MENDEZ legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

19. Based on the above information, there is probable cause to believe that on or about January 12, 2026, at or near St. Clair County, MI, in the Eastern District of Michigan, Southern Division, PEREA MENDEZ, an alien from Mexico, who had previously been convicted of a felony offense, was found in the United States after having been denied admission, excluded, deported and removed therefrom on or about June 12, 2023, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8 U.S.C. §1326(a), (b)(1).

_____
Complainant's signature

Emma L. Preston
CBP Officer
U.S. Customs and Border Protection

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge